UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Dr. James Loften,

        Plaintiff,                              Civil No. 09-2152 (RHK/RLE)

vs.                                                **ORDER**

Michael Ray, Brian Garner, Doug Ware,
Nutrition Physiology Corporation, Nutrition
Physiology Company, LLC,

        Defendants.

This matter is venued in the Sixth Division.

All proceedings before the undersigned (motions, trial, etc.) will be held in the United States Courthouse in Fergus Falls, Minnesota, unless otherwise directed by the Court.

Dated: August 19, 2009

                                                   s/Richard H. Kyle
                                                   RICHARD H. KYLE
                                                   United States District Judge