# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Dr. James Loften,                      Civil No: 09-2152 (RHK/LIB)

      Plaintiff,                     **ORDER**

vs.

Michael Ray, Brian Garner, Doug Ware,
Nutrition Physiology Corporation, Nutrition
Physiology Company, LLC,

      Defendants.

---

Pursuant to the parties' Joint Stipulation of Dismissal With Prejudice (Doc. No. 45), **IT IS ORDERED** that all claims of Plaintiff against Defendants in this action are **DISMISSED WITH PREJUDICE**, on the merits and each party shall bear its respective costs and fees.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated: December 17, 2010

                                                     s/Richard H. Kyle
                                                     RICHARD H. KYLE
                                                     United States District Judge